UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE ALLAN O'DELL,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JON HOLDEN, IAM UNION 751 REPRESENTATIVE,<br><br>　　　　　Defendant. | CASE NO. C12-027RSM<br><br>ORDER ON MOTION TO DISMISS |

　　　This matter is before the Court for consideration of defendant Jon Holden's Rule 12(b)(6) motion to dismiss for failure to state a claim. Dkt. # 5. For the reasons set forth, the motion shall be granted.

　　　Plaintiff George Allan O'Dell, appearing *pro se*, filed this action for discrimination in employment in Snohomish County Superior Court, naming as sole defendant his union representative Jon Holden. Dkt. # 2. Defendant removed the action to this Court on January 6, 2012, on the basis of federal preemption by the National Labor Relations Act, 29 U.S.C. § 159(a) and the duty of fair representation arising thereunder. Dkt. # 1. Defendant then moved to dismiss the complaint for failure to state a claim on the basis of Mr. Holden's immunity from suit for acts in his capacity as union representative. Dkt. # 5.

　　　Plaintiff has failed to respond to the motion to dismiss in any way. Indeed, he has not appeared

ORDER - 1

1  at all in this Court since the action was removed here more than three months ago. His failure to
2  respond is deemed by the Court as an admission that the motion to dismiss has merit. Local Rule CR
3  7(b)(2). His failure to appear in this Court is deemed as failure to prosecute. Local Rule CR 41(b)(2).
4  Accordingly, defendant's motion to dismiss (Dkt. # 5) is GRANTED, and this action is
5  DISMISSED without prejudice.

7  DATED this 18th day of April 2012.

10  RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

28  ORDER - 2