# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GEORGE ALLAN O'DELL, | |
| Plaintiff, | CASE NO. C12-027RSM |
| v. | ORDER ON MOTION TO DISMISS |
| JON HOLDEN, IAM UNION 751 REPRESENTATIVE, | |
| Defendant. | |

This matter is before the Court for consideration of defendant Jon Holden's Rule 12(b)(6) motion to dismiss for failure to state a claim. Dkt. # 5. For the reasons set forth, the motion shall be granted.

Plaintiff George Allan O'Dell, appearing *pro se*, filed this action for discrimination in employment in Snohomish County Superior Court, naming as sole defendant his union representative Jon Holden. Dkt. # 2. Defendant removed the action to this Court on January 6, 2012, on the basis of federal preemption by the National Labor Relations Act, 29 U.S.C. § 159(a) and the duty of fair representation arising thereunder. Dkt. # 1. Defendant then moved to dismiss the complaint for failure to state a claim on the basis of Mr. Holden's immunity from suit for acts in his capacity as union representative. Dkt. # 5.

Plaintiff has failed to respond to the motion to dismiss in any way. Indeed, he has not appeared

ORDER - 1

at all in this Court since the action was removed here more than three months ago. His failure to respond is deemed by the Court as an admission that the motion to dismiss has merit. Local Rule CR 7(b)(2). His failure to appear in this Court is deemed as failure to prosecute. Local Rule CR 41(b)(2).

Accordingly, defendant's motion to dismiss (Dkt. # 5) is GRANTED, and this action is DISMISSED without prejudice.

DATED this 18th day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE